# EXHIBIT C



EXHIBIT C