# EXHIBIT D



# Aqua-Vu
## BIO-LUME XL
### UNDERWATER FISH ATTRACTING LIGHT

**BIO-LUME SPECS:**
- 4-Sided LED Fishing Light with 360° coverage
- 384 High Intensity Green SMD LEDs at 6912 Lumens
- 60w – 5.0 Amps at 12V DC
- Heavy Duty 24-foot (7.5 meters) power cable with battery clips and car charger
- Completely submersible with IP68 waterproof rating

**USER GUIDELINES:**
- Keep electrical items away from explosive atmospheres of flammable products.
- Connect negative (BLACK) battery terminal first, then positive (RED) terminal.
- Do not look directly at LED lights when turned on.
- For underwater use only. LEDs may overheat and fail if used out of water.
- May not be legal in all areas. Check local fishing regulations.
- Please fish responsibly and practice catch and release!



Bio-Lume™
a Division of Aqua-Vu
Outdoor's Insight, Inc
PO Box 368
Crosslake, MN 56442

MADE IN CHINA

www.bio-lume.com

EXHIBIT D