# EXHIBIT E

10/2/2015                                How Fishing Lights and Dock Lights Attract Fish



## How Lights Work

**FISHING with** artificial light has been around for many years.  In the early days the most common method was to hang a lantern over the side of a boat.  Some of the old timers thought the light attracted bugs (which they did), and in return the fish surrounded the boat in hopes of getting a meal.  There are still those who believe the old theory of fewer bugs, less fish, but new technology has done much to disprove that theory.

Submersible lights project light directly into the water which leaves little reflected light to attract bugs on the surface.  Why then are fishermen catching more fish using the submersible lights than ever before?  It's actually quite simple, light starts a natural food chain reaction by attracting a concentration of small microscopic animals called plankton. Bait fish such as shad and minnows are drawn to the light to feed on the plankton; and larger game fish move in to feed on the bait fish.  It's not uncommon to see bait fish stacked in columns 15 feet thick under the lights, with game fish suspended directly below them.

EXHIBIT E                        1/5





**DockPro 3500 and two Magnum's** lighting up Dock and water!   Bring on the Smelt!
Courtesy of Rick Paone, Boston









HAVE A QUESTION? ×
LEAVE A MESSAGE

Questions? Click HERE to Ema