# EXHIBIT F



**LED vs Incandescent and CFL(Compact Fluorescent Lamp) lamps**



# Related Products

No Relative Pages

- Home
- Contact
- News
- About Ningbotop