# EXHIBIT G



Worldwide

Home | About Ningbotop | News | Contact

LED Fishing Light | 9-In-1 LED Safety Light | 11-In-1 LED Safety Light | LED Flare Baton | Double Color Flare

Keywords [          ]  Search

⚙ Sitemap | ✉ Contact

You are here: Home > LED Fishing Light > Underwater Green LED Fishing Light

## Product Categories

- LED Fishing Light
- 9-in-1 LED Safety Light
- 11-in-1 LED Safety Light
- LED Flare Baton
- Double Color Flare

## Featured Products

- 200-1400W Underwater Hight Power LED Fishing Light
- 400W Boat LED Fishing Light
- 30W Solar Rechargeable Underwater LED Fishing Light
- 30W Underwater LED Fishing Light
- 15W Underwater LED Fishing Light
- 60W Underwater LED Fishing Light
- 18W Underwater LED Fishing Light
- 15W Underwater LED Fishing Light
- Underwater Green LED Fishing Light
- Underwater White LED Fishing Light

### Underwater Green LED Fishing Light



## Our Underwater LED Fishing Lights series:

| Model | Color | Lamp Length | LED Bulbs Quantity | Input Voltage/Current/Power | Brightness Lumen | Wire Length | Power plug |
|---|---|---|---|---|---|---|---|
| SK013 | Green White | 15CM | 18*4 Sides = 72 PCS SMD2835 | DC 12V, 1.2A 14W | Green 18*72=1296LM White 25*72=1 800LM | 5M | 12V DC Clamp |
| | | | | | | 7.5M | 12V DC Clamp Car Charger |
| SK025 | Green White | 27CM | 42*4 Sides = 168 PCS SMD2835 | DC 12V, 2.3A 27W | Green 18*168=3024LM White 25*168=4200LM | 7.5M | 12V DC Clamp Car Charger |
| SK050 | Green White | 51CM | 96*4 Sides = 384 PCS SMD2835 | DC 12V, 5A 60W | Green 18*384=6912LM White 25*384=9600LM | 7.5M | 12V DC Clamp Car Charger |
| | Green White | | 90*4 Sides = 360 PCS SMD2835 | AC 110-240V 180W | Green 20000LM White 28800LM | 7.5M | 100-240V Input Driver |

EXHIBIT G